UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WILLIAM HUBBARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00227-JPH-DLP |
| | ) | |
| MICHAEL MITCHEFF, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Because the plaintiff is proceeding *in forma pauperis*, this Court is obligated to assist him with serving the defendants. Fed. R. Civ. P. 4(c)(3). The Court's first attempt to issue process to the defendants was unsuccessful. *See* dkts. 10, 11.

The **clerk is directed** pursuant to Fed. R. Civ. P. 4(c)(3) to re-issue process to defendants Michael Mitcheff and Kim Hobson in the manner specified by Rule 4(d). Process shall consist of the complaint, dkt. [2], the Order screening the complaint, dkt. [10], applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of service of Summons), and this Order. The clerk shall send a courtesy copy of these same documents to attorney Douglass R. Bitner.

**SO ORDERED**.

Date: 11/4/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

2

Distribution:

WILLIAM HUBBARD
945818
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

MICHAEL MITCHEFF
Medical Employee
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
Carlisle, IN 47838

KIM HOBSON
Medical Employee
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
Carlisle, IN 47838

Courtesy Copy to:

DOUGLAS R. BITNER
Katz Korin & Cunningham
334 N. Senate Ave.
Indianapolis, IN 46204
dbitner@kkclegal.com